06-CR-05568-ORD

MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEITH KENNEDY,

Defendant.

NO. CR06-5568

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to December 18, 2006. The resulting period of delay from October 23, 2006, to December 18, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 23rd day of October, 2006.

_____
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh
Jerome Kuh
Attorney for Defendant

/s/ Captain Glen Templeton
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710